IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF GEORGIA,<br>c/o Strickland Brockington Lewis LLP<br>1170 Peachtree Street NE<br>Suite 2200<br>Atlanta, GA 30309-7200<br><br>    Plaintiff,<br><br>v.<br><br>ERIC H. HOLDER, JR., in his official capacity as Attorney General of the United States,<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20350<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO._____<br><br>THREE JUDGE PANEL |

## PLAINTIFF'S APPLICATION FOR THREE-JUDGE COURT

COMES NOW THE STATE OF GEORGIA, Plaintiff in the above-styled case, and, pursuant to this Court's Rule LCvR 9.1, files this Application for a Three-Judge Court. For the reasons set forth in the accompanying Memorandum of Points and Authorities, the State of Georgia hereby requests, pursuant to Local Civil Rule 9.1 and pertinent law, the appointment of a three-judge court to adjudicate this preclearance application under Section 5 of the Voting Rights Act, 42 U.S.C. § 1973c, and, in the alternative, a constitutional challenge to the

1

preclearance requirements of Section 5 of the Voting Rights Act, 42 U.S.C. § 1973c.

This 21st day of June, 2010.

Respectfully submitted,

*[signature]*

Anne W. Lewis
Georgia Bar No. 737490
*Special Attorney General for the State of Georgia*
Frank B. Strickland
Georgia Bar No. 687600
*Deputy Special Attorney General for the State of Georgia*
Bryan P. Tyson
Georgia Bar No. 515411
*Deputy Special Attorney General for the State of Georgia*
STRICKLAND BROCKINGTON
   LEWIS LLP
Midtown Proscenium Suite 2200
1170 Peachtree Street, NE
Atlanta, Georgia 30309
Telephone: 678.347.2200
Facsimile: 678.347.2210

*Special Attorneys General for the State of Georgia*
