IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF GEORGIA,<br>c/o Strickland Brockington Lewis LLP<br>1170 Peachtree Street NE<br>Suite 2200<br>Atlanta, GA 30309-7200<br><br>    Plaintiff,<br><br>v.<br><br>ERIC H. HOLDER, JR., in his official capacity as Attorney General of the United States,<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20350<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO._____<br><br>THREE JUDGE PANEL |

## PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF APPLICATION FOR THREE-JUDGE COURT

COMES NOW THE STATE OF GEORGIA, Plaintiff in the above-styled case, and, pursuant to this Court's Rule LCvR 9.1, files this Memorandum of Points and Authorities in Support of Plaintiff's Application for a Three-Judge Court. The State of Georgia hereby requests, pursuant to Local Civil Rule 9.1 and pertinent law, the appointment of a three-judge panel to adjudicate this preclearance application under Section 5 of the Voting Rights Act, 42 U.S.C. § 1973c, and, in the alternative, a constitutional challenge to the preclearance requirements of Section 5 of the Voting Rights Act, 42 U.S.C. § 1973c.

1

Section 5 of the Voting Rights Act, which governs preclearance submissions, states that "Any action under this section shall be heard and determined by a court of three judges in accordance with section 2284 of title 28." Under 28 U.S.C. § 2284(a), "[a] district court of three judges shall be convened when otherwise required by Act of Congress." Under the statute:

> [T]he judge to whom the request is presented shall, unless he determines that three judges are not required, immediately notify the chief judge of the circuit, who shall designate two other judges, at least one of whom shall be a circuit judge. The judges so designated, and the judge to whom the request was presented, shall serve as members of the court to hear and determine the action or proceeding.

28 U.S.C. § 2284(b)(1).

WHEREFORE, Plaintiff the State of Georgia respectfully submits that a Three-Judge Court is required for adjudication of the claims in this case and requests that such a Court be appointed to hear and determine this case.

This 21st day of June, 2010.

Respectfully submitted,

/s/ Anne W. Lewis
Anne W. Lewis
Georgia Bar No. 737490
*Special Attorney General for the State of Georgia*
Frank B. Strickland
Georgia Bar No. 687600
*Deputy Special Attorney General for the State of Georgia*

Bryan P. Tyson
Georgia Bar No. 515411
*Deputy Special Attorney General for the State of Georgia*
STRICKLAND BROCKINGTON
   LEWIS LLP
Midtown Proscenium Suite 2200
1170 Peachtree Street, NE
Atlanta, Georgia 30309
Telephone: 678.347.2200
Facsimile: 678.347.2210

*Special Attorneys General for the State of Georgia*