CO-386-online
10/03

# United States District Court
# For the District of Columbia

State of Georgia )
)
)
)
vs   Plaintiff )  Civil Action No._____
)
Eric H. Holder, Jr. in his official capacity )
as Attorney General of the United States )
)
Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __the State of Georgia__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Georgia.__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_(signature)_
Signature

737490 (Georgia)
BAR IDENTIFICATION NO.

Anne W. Lewis
Print Name

1170 Peachtree Street NE, Suite 2200
Address

Atlanta, GA 30309
City        State        Zip Code

678-347-2200
Phone Number