# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STATE OF GEBERGIA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 10-1062 (ESH) |
| ) | |
| **ERIC H. HOLDER,** in his official ) | |
| capacity as Attorney General of the ) | |
| United States, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

Before the Court is plaintiff's Application for a Three-Judge Court [dkt. #2] to adjudicate its preclearance application under Section 5 of the Voting Rights Act. For the reasons set forth in plaintiff's motion, it is hereby

**ORDERED** that plaintiff's motion [dkt. #2] is GRANTED; and it is further

**ORDERED** that the Clerk of this Court shall transmit a copy of this Order to the Chief Judge of the United States Court of Appeals for the District of Columbia, pursuant to 28 U.S.C. 2284(b)(1), so that a three-judge court may be convened.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

DATE: June 24, 2010