IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF GEORGIA,<br><br>        Plaintiff,<br><br>v.<br><br>ERIC H. HOLDER, JR.,<br>in his official capacity as<br>ATTORNEY GENERAL OF THE<br>UNITED STATES,<br>        Defendant,<br><br>and,<br><br>TYRONE BROOKS; GEORGIA<br>ASSOCIATION OF BLACK ELECTED<br>OFFICIALS; EDWARD O. DUBOSE;<br>GEORGIA STATE CONFERENCE<br>NAACP; HELEN BUTLER; and GEORGIA<br>COALITION FOR THE PEOPLES'<br>AGENDA,<br><br>        Applicants to Intervene. | Civil Action No. 10-1062 (ESH-HHK) |

## MOTION FOR LEAVE TO INTERVENE AS DEFENDANTS

Tyrone Brooks, Edward O. DuBose, Helen Butler, Georgia Association of Black Elected Officials, Georgia State NAACP and Georgia Coalition for the Peoples' Agenda, hereby move the Court for leave to intervene as defendants in this action as of right pursuant to Rules 24(a)(1) and (2), F.R.Civ.P or, alternatively, to intervene permissively pursuant to Rules 24(b)(1) (A) and (B), F.R.Civ.P. The individual applicants are residents and registered voters of Georgia and are members of racial minorities.

**Counsel for applicants have conferred with counsel for Plaintiff State of Georgia**

**and Defendant United States, who have advised that neither Plaintiff nor Defendant opposes permissive intervention by applicants.**

The grounds for the instant motion are that applicants claim an interest in the property or transaction which is the subject of this action and are so situated that the disposition of the action may as a practical matter impair or impede their ability to protect that interest.  Applicants further allege that their interest is not adequately represented by existing parties.  In addition, a statute of the United States, 42 U.S.C. § 1973b(a)(4), confers an unconditional right upon any aggrieved party to intervene at any stage in an action seeking to bailout from Section 5 coverage.  Georgia is seeking a declaration that Section 5 of the Voting Rights Act is unconstitutional, which is the functional equivalent of bail out.

In the alternative, applicants move the Court for permissive intervention pursuant to Rules 24(b)(1)(A) and (B), F.R.Civ.P., on the grounds that the claims and defenses of applicants and the main action have questions of law or fact in common.

This motion is accompanied by applicants' memorandum in support of intervention and by applicants' proposed answer setting forth the claims and defenses for which intervention is sought.

WHEREFORE, applicants request that their Motion for Leave to Intervene as Defendants be granted.

Respectfully submitted,

*(signature)*

Jon Greenbaum (D.C. Bar No. 489887)
Robert A. Kengle
Mark A. Posner (D.C. Bar No. 457833)
jgreenbaum@lawyerscommittee.org
bkengle@lawyerscommittee.org
mposner@lawyerscommittee.org
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1401 New York Avenue, NW
Suite 400
Washington, D.C. 20005
(202) 662-8315 (phone)
(202) 628-2858 (fax)


_____/S/_____
Laughlin McDonald
Meredith Bell-Platts
(Application pending)
lmcdonald@aclu.org
mbell@aclu.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION, INC.
230 Peachtree Street, NW
Suite 1440
Atlanta, GA  30303-1227
(404) 523-2721(phone)
(404) 653-0331 (fax)

Arthur B. Spitzer (D.C. Bar. No. 235960)
artspitzer@aol.com
AMERICAN CIVIL LIBERTIES UNION OF THE NATION'S CAPITAL
1400 20th Street, N.W., Suite 119
Washington, DC 20036
 (202) 457-0800 (phone)

Chara Fisher Jackson
cfjackson@acluga.org
ACLU OF GEORGIA
1900 The Exchange, Suite 425
Atlanta, GA 30339
(770) 303-8111

*Attorneys for Applicant-Intervenors*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 6th day of July, 2010, the original copies of the foregoing Motion for Leave to Intervene as Defendant, Memorandum in Support of Motion For Leave to Intervene as Defendant, Certificate Required by Local Rule 7.1 and Proposed Order were filed with the Clerk of this Court pursuant to Local Rule 7(j). I further certify that on this 6th day July, 2010, I caused to be served a copy of the foregoing through electronic mail to the following:

| | |
|---|---|
| Anne W. Lewis (Georgia Bar No. 737490)<br>Frank B. Strickland (Georgia Bar No. 5157411)<br>Bryan P. Tyson (Georgia Bar No. 515411)<br>STRICKLAND BROCKINGTON LEWIS LLP<br>Midtown Proscenium Suite 2200<br>1700 Peachtree Street, NE<br>Atlanta, Georgia 30309<br>Tel: (678) 347-2200<br>Fax: (678) 347-2210 | Attorney General Eric H. Holder, Jr.<br>U.S. Department of Justice<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530<br>Fax: (202) 307-3961<br><br>T. Christian Herren Jr.<br>Brian Heffernan<br>Civil Rights Division, Voting Section<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>NWB – Room 7264<br>Washington, D.C. 20530<br>Tel.: (202) 305-1734<br>Fax: (202) 307-3961 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

_____