IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF GEORGIA,<br><br>        Plaintiff,<br><br>v.<br><br>ERIC H. HOLDER, JR.,<br>in his official capacity as<br>ATTORNEY GENERAL OF THE<br>UNITED STATES,<br>        Defendant,<br><br>and,<br><br>TYRONE BROOKS; GEORGIA ASSOCIATION OF BLACK ELECTED OFFICIALS; EDWARD O. DUBOSE; GEORGIA STATE CONFERENCE NAACP; HELEN BUTLER; and GEORGIA COALITION FOR THE PEOPLES' AGENDA,<br><br>        Applicants to Intervene. | Civil Action No. 10-1062 (ESH-HHK) |

## CERTIFICATE REQUIRED BY LOCAL RULE 7.1 OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

    I, the undersigned, counsel of record for Applicant Intervenor-Defendant Tyrone Brooks, Georgia Association of Black Elected Officials, Edward O. DuBose, Georgia State Conference NAACP, Helen Butler, and the Georgia Coalition for the Peoples' Agenda, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries, or affiliates that have any outstanding securities in the hands of the public.

    These representations are being made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

_/s/_

Jon Greenbaum (D.C. Bar No. 489887)
Robert A. Kengle
Mark A. Posner (D.C. Bar No. 457833)
jgreenbaum@lawyerscommittee.org
bkengle@lawyerscommittee.org
mposner@lawyerscommittee.org
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1401 New York Avenue, NW
Suite 400
Washington, D.C. 20005
(202) 662-8315 (phone)
(202) 628-2858 (fax)

/S/

Laughlin McDonald
Meredith Bell-Platts
(Application pending)
lmcdonald@aclu.org
mbell@aclu.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION, INC.
230 Peachtree Street, NW
Suite 1440
Atlanta, GA  30303-1227
(404) 523-2721 (phone)
(404) 653-0331 (fax)

Arthur B. Spitzer (D.C. Bar. No. 235960)
artspitzer@aol.com
AMERICAN CIVIL LIBERTIES UNION OF THE NATION'S CAPITAL
1400 20th Street, N.W., Suite 119
Washington, DC 20036
(202) 457-0800 (phone)

Chara Fisher Jackson
cfjackson@acluga.org
ACLU OF GEORGIA
1900 The Exchange, Suite 425
Atlanta, GA 30339
(770) 303-8111

*Attorneys for Applicant-Intervenors*