# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **STATE OF GEORGIA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 10-1062 (ESH) |
| | ) | |
| **ERIC H. HOLDER, in his official capacity as Attorney General of the United States,** | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the Motion to Intervene as Defendants filed by Tyrone Brooks, Edward O. DuBose, Helen Butler, Georgia Association of Black Elected Officials, Georgia State Conference NAACP, and Georgia Coalition for the Peoples' Agenda ("Movants"). Movants seek to intervene either as of right, *see* Fed. R. Civ. P. 24(a)(1), or permissively, *see* Fed. R. Civ. P. 24(b)(1)(A) and (B). The parties do not oppose permissive intervention. Accordingly, upon consideration of the motion and the lack of opposition to permissive intervention, it is hereby

**ORDERED** that the motion to intervene as defendants pursuant to Federal Rule of Civil Procedure 24(b)(1)(A) and (B) [dkt. #5] is **GRANTED**; it is further

**ORDERED** that defendant-intervenors Tyrone Brooks, Edward O. DuBose, Helen Butler, Georgia Association of Black Elected Officials, Georgia State Conference NAACP, and Georgia Coalition for the Peoples' Agenda shall file their Answer; and it is further

**ORDERED** that defendant-intervenors' Answer shall be deemed filed as of the date of this Order.

/s/
THOMAS B. GRIFFITH
United States Circuit Judge


/s/
HENRY H. KENNEDY
United States District Judge


/s/
ELLEN SEGAL HUVELLE
United States District Judge

DATE: July 7, 2010