# IN THE UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STATE OF GEORGIA, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION No. 10-CV-1062 |
| | § | |
| ERIC H. HOLDER, JR., | § | Three-Judge Panel: ESH-TBG-HHK |
| ATTORNEY GENERAL OF THE | § | |
| UNITED STATES, | § | |
| | § | |
| *Defendant*. | § | |

## GEORGIA ASSOCIATION OF LATINO ELECTED OFFICIALS' MOTION FOR LEAVE TO FILE AMENDED MOTION TO INTERVENE AS DEFENDANT

Come now, Defendant-Intervenor Georgia Association of Latino Elected Officials ("GALEO") and respectfully moves this Court for leave to file an Amended Motion to Intervene as Defendant pursuant to L. R. Civ. P. 7(i). The Amended Motion contains a revised Certificate of Conference clarifying Defendant's and Plaintiff's positions as to GALEO's Motion to Intervene as Defendant.

GALEO does not submit this motion to cause undue burden or delay, it advances the interests of all parties involved, and no party will be prejudiced by the Court's grant of this motion.

For the foregoing reasons, GALEO respectfully requests that this Court grant its Motion for Leave to File Amended Motion to Intervene as Defendant.

DATED: July 16, 2010        Respectfully submitted,

  /s/ Nina Perales
NINA PERALES
District of Columbia Bar No. TX0040
MEXICAN AMERICAN LEGAL DEFENSE &
AND EDUCATIONAL FUND
110 Broadway, Suite 300
San Antonio, Texas 78205
(210) 224-5476 (telephone)
(210) 224-5382 (facsimile)
nperales@maldef.org

## CERTIFICATE OF CONFERENCE

Counsel for Movant Defendant-Intervenor GALEO conferred with Defendant's counsel on July 13, 2010, and Plaintiff's counsel on July 14, 2010, concerning this motion to intervene.  Defendant does not oppose permissive intervention.  Plaintiff did not oppose this motion.

/s/ Nina Perales
Nina Perales

## CERTIFICATE OF SERVICE

I, Nina Perales, hereby certify that on July 16, 2010, I caused to be served a copy of the foregoing through the Court's CM/ECF filing system to counsel of record.

/s/ Nina Perales
Nina Perales