IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
----------------------------------------  X
State of Georgia,                         :
                                          :
           Plaintiff,                     :
                                          :
              v.                          :
                                          :
Eric H. Holder, Jr.,                      :   No. 10 Civ 1062 (ESH-HHK)
in his official capacity as               :
Attorney General of the United States,    :
                                          :
           Defendant,                     :
                                          :
            and                           :
                                          :
Marvin Lim; Organization of Chinese       :
Americans; Asian American Legal           :
Advocacy Center,                          :
                                          :
           Applicants to Intervene.       :
----------------------------------------  X
```

## MOTION FOR LEAVE TO INTERVENE AS DEFENDANTS

The Organization of Chinese Americans Georgia Chapter ("OCA-GA"), Asian American Legal Advocacy Center of Georgia ("AALAC-GA") and Marvin Lim (collectively the "Applicants") respectfully move the Court for leave to intervene as defendants in this action as of right pursuant to Federal Rule of Civil Procedure 24(a) or, in the alternative, to intervene permissively pursuant to Rule 24(b) of the Federal Rules of Civil Procedure. Both OCA's membership and AALAC-GA's constituency include United States citizens who are registered voters and potential registered voters residing in Georgia. Mr. Lim is also an U.S. citizen, a Georgia resident, a registered voter and a member of a racial minority.

1

As a threshold matter, intervention as of right is warranted here. Applicants have a particular interest in the outcome of the case because this Court's determination could substantially limit the ability of the Asian American community to participate in the electoral process. Without the involvement of the Applicants, this Court will be deprived of a perspective which could shed light on the retrogressive effect of this potential legislation on *all* rightful Georgia voters. None of the parties would be prejudiced by the addition of the Applicants given the nature of this litigation. As such, intervention as of right is warranted here.

Alternatively, if this Court should find that the requirements for intervention as of right have not been satisfied here, permissive intervention is appropriate. Counsel for the Applicants have conferred with both the plaintiff and defendants in this litigation and none of the current parties oppose permissive intervention by the Applicants.

Attached hereto are (i) a memorandum in support of this motion to intervene and (ii) a proposed answer of the Applicants.

DATED: July 26, 2010

Respectfully submitted,

Ken Kimerling *( Pro Hac Vice Motion to be Filed)*
Glenn Magpantay *(Pro Hac Vice Motion to be Filed)*
ASIAN AMERICAN LEGAL DEFENSE AND
EDUCATION FUND
99 Hudson Street, 12th floor
New York, NY 10013
Tel: (212) 966-5932
Fax: (212) 966-4303
gmagpantay@aaldef.org
Counsel for Applicants

/s/ Michael Nolan

Michael D. Nolan
D.C. Bar 461907
MILBANK, TWEED, HADLEY & McCLOY LLP
1850 K Street, N.W., Suite 1200
Washington, D.C. 20006
Tel: (202) 835-7500
Fax: (202) 835-7586
mnolan@milbank.com
*Counsel for Applicants*