# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
------------------------------------------------  X
State of Georgia,                                 :
                                                  :
                Plaintiff,                        :
                                                  :
        v.                                        :
                                                  :
Eric H. Holder, Jr.,                              :    No. 10 Civ 1062 (ESH-HHK)
in his official capacity as                       :
Attorney General of the United States,            :
                                                  :
                Defendant,                        :
                                                  :
        and                                       :
                                                  :
Marvin Lim; Organization of Chinese               :
Americans; Asian American Legal Advocacy          :
Center,                                           :
                                                  :
                Applicants to Intervene.          :
------------------------------------------------  X
```

## DECLARATION OF GLENN D. MAGPANTAY
## IN SUPPORT OF MOTION TO INTERVENE AS DEFENDANTS

I, GLENN D. MAGPANTAY, hereby declare:

1)      I am co-counsel for Proposed Defendant-Intervenors Marvin Lim, the Organization of Chinese Americans ("OCA") Georgia Chapter ("OCA-GA"), and the Asian American Legal Advocacy Center of Georgia (hereinafter collectively the "Asian American Intervenors") and make this affirmation in support of their application for intervention as of right, and in the alternative, permissive intervention.

2)      I am fully familiar with the facts herein, and make this affirmation in support of the application for intervention by Proposed Defendant-Intervenors.

1

3) In the case at bar, the State of Georgia seeks declaratory judgment of preclearance under Section 5 of the Voting Rights Act of 1965 of its new procedures for verification of new voters.

4) The Asian American Intervenors have direct and substantial interests in the matters that are the subject of this action. They include Marvin Lim, an Asian American registered voter, and OCA-GA and Asian American Legal Advocacy Center of Georgia, membership and advocacy organizations representing Asian Americans in Georgia. These organizations promote the involvement of Asian Americans in the electoral process and have or plan to conduct voter registration drives of Asian Americans.

5) The voter and organizations' members and constituents desire to participate in the electoral process equally and to protect their rights under the Voting Rights Act of 1965.

6) Intervenors believe that they will be in a worse position to exercise their right to vote and to register to vote if the current statute and regulatory scheme proposed by the State of Georgia is precleared.

7) The Asian American Intervenors are Asian American citizens and organizations and they seek to represent the unique and distinct interests of the Asian American community in the case at bar. They will suffer an impairment of their interests if preclearance is granted.

8) Intervention is timely, as the case is at its beginning stages. The Complaint was only filed on June 21, 2010. As of this filing, no Answer has been filed.

9) The intervention of the Asian American Intervenors should not lead to any delay in the proceedings and will not prejudice any of the parties.

10) Upon my conversation with counsel for the State of Georgia, at Strickland Brockington Lewis LLP, the Plaintiff does not oppose permissive intervention.

11) Upon my conversation with counsel for the United States, at the U.S. Department of Justice, the Defendant does not oppose permissive intervention.

12) Upon my conversations counsel for other intervenors, listed below, they support this intervention for Asian Americans:

    (a) American Civil Liberties Union (ACLU), Voting Rights Project;

    (b) Mexican American Legal Defense and Education Fund (MALDEF); and

    (c) Lawyers Committee for Civil Rights Under the Law.

13) By the reasons of the foregoing and for the reasons stated in the arguments set forth in the Memorandum in Support of Motion to Intervene as Defendants, I respectfully request the Court to grant the motion to intervene as of right or by permission of this Court, pursuant to Rule 24 of the Federal Rules of Civil Procedure.

I declare under the penalty of perjury and pursuant to Title 28 of the United States Code, Section 1746, that the foregoing is true and correct to the best of my knowledge, recollection, and belief.

Dated: July 26, 2010

Glenn Magpantay *(To be Admitted Pro Hac Vice)*
ASIAN AMERICAN LEGAL DEFENSE AND
EDUCATION FUND
99 Hudson Street, 12th floor
New York, NY 10013
Tel: (212) 966-5932
Fax: (212) 966-4303
gmagpantay@aaldef.org
Counsel for Applicants