# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
------------------------------------------------  X
State of Georgia,                                 :
                                                  :
              Plaintiff,                          :
                                                  :
       v.                                         :
                                                  :
Eric H. Holder, Jr.,                              :    No. 10 Civ 1062 (ESH-HHK)
in his official capacity as                       :
Attorney General of the United States,            :
                                                  :
              Defendant,                          :
                                                  :
       and                                        :
                                                  :
Marvin Lim; Organization of Chinese               :
Americans; Asian American Legal Advocacy          :
Center,                                           :
                                                  :
              Applicants to Intervene.            :
------------------------------------------------  X
```

## ORDER

Upon consideration of the Motion for Intervention and the Memorandum of Law in Support filed by Marvin Lim, the Asian American Legal Advocacy Center of Georgia, and the Organization of Chinese Americans Georgia Chapter (collectively the "Applicants"), the Court finds that the Applicants satisfy the requirements for intervention set forth under Federal Rule of Civil Procedure 24 and intervention is warranted here.

Accordingly, it is hereby,

**ORDERED** that the motion for leave to intervene of the Applicants is GRANTED; it is

**FURTHER ORDERED** that the Answer of the Applicants shall be deemed filed as of the date of this Order; and it is

1

**FURTHER ORDERED** that the Clerk shall file the Applicants' Answer and forward a copy of this Order to all counsel of record in this litigation.

Date:_____

_____
**THOMAS B. GRIFFITH**
United States Circuit Judge

_____
**ELLEN SEGAL HUVELLE**
United States District Judge

_____
**HENRY H. KENNEDY**
United States District Judge