**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| **STATE OF GEORGIA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 10-1062 (ESH)** |
| | ) | |
| **ERIC H. HOLDER, in his official** | ) | |
| **capacity as Attorney General of the** | ) | |
| **United States,** | ) | |
| | ) | |
| **Defendant,** | ) | |
| | ) | |
| **TYRONE BROOKS, et al.,** | ) | |
| | ) | |
| **Defendant-Intervenors.** | ) | |
| | ) | |

**ORDER**

Before the Court is a motion to intervene as defendant filed by the Georgia Association

of Latino Elected Officials ("GALEO" ).  (Amended Mot. to Intervene, July 16, 2010 [dkt.

#21].) GALEO seeks to intervene either as of right, *see* Fed. R. Civ. P. 24(a)(1), or permissively,

*see* Fed. R. Civ. P. 24(b)(1)(A) and (B).   The parties do not oppose permissive intervention.

Accordingly, upon consideration of the motion and the lack of opposition to permissive

intervention, it is hereby

**ORDERED** that GALEO's motion to intervene as defendant pursuant to Federal Rule of

Civil Procedure 24(b)(1)(A) and (B) [dkt. #21] is **GRANTED**; it is further

**ORDERED** that defendant-intervenor GALEO shall file its Answer; it is further

**ORDERED** that defendant-intervenor GALEO's Answer shall be deemed filed as of the

date of this Order; and it is further

**ORDERED** that defendant-intervenor GALEO shall comply with all deadlines in the

July 12, 2010 Scheduling Order.


                                         _____/s/_____

                                         THOMAS B. GRIFFITH
                                         United States Circuit Judge


                                         _____/s/_____

                                         HENRY H. KENNEDY
                                         United States District Judge


                                         _____/s/_____

                                         ELLEN SEGAL HUVELLE
                                         United States District Judge

DATE: July 28, 2010