UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF GEGORGIA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ERIC H. HOLDER, in his official )<br>capacity as Attorney General of the )<br>United States, )<br>)<br>Defendant, )<br>)<br>TYRONE BROOKS, et al., )<br>)<br>Defendant-Intervenors, )<br>)<br>GEORGIA ASSOCIATION OF )<br>LATINO ELECTED OFFICIALS, )<br>)<br>Defendant-Intervenor. )<br>) | Civil Action No. 10-1062 (ESH) |

## ORDER

Before the Court is a motion to intervene as defendants filed by Marvin Lim, the Organization of Chinese Americans Georgia Chapter, and the Asian American Legal Advocacy Center of Georgia (collectively "Movants"). (Mot. to Intervene, July 26, 2010 [dkt. #22].) Movants seek to intervene either as of right, *see* Fed. R. Civ. P. 24(a)(1), or permissively, *see* Fed. R. Civ. P. 24(b)(1)(A) and (B). The parties do not oppose permissive intervention. (*See id.*, Ex. C, Decl. of Glenn D. Magpantay, ¶¶ 10, 11, 12; Attorney General's Response to Mot. to Intervene, July 28, 2010 [dkt. #23].) Accordingly, upon consideration of the motion and the lack of opposition to permissive intervention, it is hereby

**ORDERED** that the motion to intervene as defendants filed by Marvin Lim, the Organization of Chinese Americans Georgia Chapter, and the Asian American Legal Advocacy Center of Georgia pursuant to Federal Rule of Civil Procedure 24(b)(1)(A) and (B) [dkt. #22] is **GRANTED**; it is further

**ORDERED** that Movants shall file their Answer; it is further

**ORDERED** that Movants' Answer shall be deemed filed as of the date of this Order; and it is further

**ORDERED** that Movants shall comply with all deadlines in the July 12, 2010 Scheduling Order.

/s/
THOMAS B. GRIFFITH
United States Circuit Judge

/s/
HENRY H. KENNEDY
United States District Judge

/s/
ELLEN SEGAL HUVELLE
United States District Judge

DATE: July 29, 2010