# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____

|  |  |
|---|---|
| **STATE OF GEORGIA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )    **Civil Action No. 10-1062 (ESH)** |
| | ) |
| **ERIC H. HOLDER, in his official** | ) |
| **capacity as Attorney General of the** | ) |
| **United States,** | ) |
| | ) |
| **Defendant,** | ) |
| | ) |
| **TYRONE BROOKS, et al.,** | ) |
| | ) |
| **Defendant-Intervenors,** | ) |
| | ) |
| **GEORGIA ASSOCIATION OF** | ) |
| **LATINO ELECTED OFFICIALS,** | ) |
| | ) |
| **Defendant-Intervenor,** | ) |
| | ) |
| **MARVIN LIM, et al.,** | ) |
| | ) |
| **Defendant-Intervenors.** | ) |

_____)

## <u>ORDER</u>

Before the Court is a motion to intervene as defendants filed by Concerned Black Clergy of Metropolitan Atlanta, the Southern Regional Office of the Rainbow Push Coalition, Michael B. Wright, Sr., and Janice Mathis (collectively "Movants").  (Mot. to Intervene, Aug. 2, 2010 [dkt. #28].)  Movants seek to intervene either as of right, *see* Fed. R. Civ. P. 24(a)(1), or permissively, *see* Fed. R. Civ. P. 24(b)(1)(A) and (B).   The parties do not oppose permissive intervention.  (Mot. ¶ 22.)  Accordingly, upon consideration of the motion and the lack of opposition to permissive intervention, it is hereby

**ORDERED** that the motion to intervene as defendants filed by Concerned Black Clergy of Metropolitan Atlanta, the Southern Regional Office of the Rainbow Push Coalition, Michael B. Wright, Sr., and Janice Mathis pursuant to Federal Rule of Civil Procedure 24(b)(1)(A) and (B) [dkt. #28] is **GRANTED**; it is further

**ORDERED** that Movants shall file their Answer; it is further

**ORDERED** that Movants' Answer shall be deemed filed as of the date of this Order; and it is further

**ORDERED** that Movants shall comply with all deadlines in the July 12, 2010 Scheduling Order.


_____/s/_____
THOMAS B. GRIFFITH
United States Circuit Judge


_____/s/_____
HENRY H. KENNEDY
United States District Judge


_____/s/_____
ELLEN SEGAL HUVELLE
United States District Judge


DATE: August 3, 2010