# United States Court of Appeals
### For The District of Columbia Circuit

No. 432
September Term, 2009
10cv1062



State of Georgia,

    Plaintiff,

v.

Eric H. Holder,

    Defendant.

### DESIGNATION OF JUDGES TO SERVE ON THREE-JUDGE DISTRICT COURT

The Honorable Ellen Segal Huvelle, Judge, United States District Court for the District of Columbia, having notified me of her conclusion the above-captioned case is an appropriate one for the convocation of a three-judge District Court, and having requested such a three-judge court be appointed to hear and decide this case, it is

**ORDERED**, pursuant to 28 U.S.C. § 2284, that the Honorable Thomas B. Griffith, Circuit Judge, United States Court of Appeals for the District of Columbia Circuit, and the Honorable Henry H. Kennedy, Jr., Judge, United States District Court for the District of Columbia, are hereby designated to serve with the Honorable Ellen Segal Huvelle as members of the court to hear and determine this case. Judge Griffith will preside.

David B. Sentelle
Chief Judge

Date: 06/29/2010