IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF GEORGIA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ERIC H. HOLDER, JR. in his official capacity as ATTORNEY GENERAL OF THE UNITED STATES, | ) ) ) |
| | ) |
| Defendant, | ) |
| | ) |
| TYRONE BROOKS, et al., | ) |
| | ) |
| Defendant-Intervenors, | ) |
| | ) |
| MARVIN LIM, et al., | ) |
| | ) |
| Defendant-Intervenors, | ) |
| | ) |
| CONCERNED BLACK CLERGY OF METROPOLITAN ATLANTA, et al., | ) ) |
| | ) |
| Defendant-Intervenors, | ) |
| | ) |
| GEORGIA ASSOCIATION OF LATINO ELECTED OFFICIALS, et al., | ) ) |
| | ) |
| Defendant-Intervenors. | ) |

Civil No. 1:10-cv-1062

Three-Judge Court
(ESH, HHK, TBG)

**NOTICE BY DEFENDANT ATTORNEY GENERAL OF THE UNITED STATES**

In this action, Plaintiff State of Georgia seeks a declaratory judgment that its proposed verification process, as set forth in Exhibit 6 to Plaintiff's First Amended Complaint filed August 16, 2010 in this action (Docket #38) and as described in Paragraphs 46-61 of the First Amended Complaint, does not violate Section 5 of the Voting Rights Act, 42 U.S.C. 1973c. The statutory defendant in this action is the Attorney General of the United States.

Defendant Attorney General has conferred extensively with Plaintiff State of Georgia concerning this matter since the fall of 2008.  In Exhibit 6 to its First Amended Complaint and as described in Paragraphs 46-61 of the First Amended Complaint, Plaintiff has proposed a verification program different from the State's original verification program to which Defendant Attorney General interposed an objection under Section 5 of the Voting Rights Act on May 29, 2009, and different from the State's amended verification program on which the Attorney General sought additional information from the State under Section 5 on October 13, 2009.   The State has advised us that it intends this proposed verification process as set forth in its First Amended Complaint to be its permanent process.

Defendant Attorney General has advised Plaintiff State of Georgia that, based on the evaluation of information provided by Plaintiff, Defendant has determined Plaintiff can meet its burden of proof under Section 5 of the Voting Rights Act that its proposed verification process, as set forth in Exhibit 6 to Plaintiff's First Amended Complaint and as described in Paragraphs 46-61 of the First Amended Complaint, was not adopted with a discriminatory purpose, nor will it have a retrogressive effect.  Accordingly, Defendant will not oppose the declaratory judgment sought by Plaintiff that the proposed verification process as set forth in Exhibit 6 to Plaintiff's First Amended Complaint and as described in Paragraphs 46-61 of the First Amended Complaint does not violate Section 5 of the Voting Rights Act, as it neither has the purpose nor will have the effect of denying or abridging the right to vote on account of race or color, or in contravention of the guarantees set forth in Section 4(f)(2) of the Act.

Defendant does _not_ consent to the declaratory judgment sought by Plaintiff, in the alternative, to the effect that Section 5 of the Voting Rights Act is unconstitutional.  Defendant

avers that Section 5 is constitutional.  Defendant further avers such alternative constitutional claim would be moot upon preclearance of the State's proposed verification process.

Date:  August 16, 2010

                              Respectfully submitted,

RONALD C. MACHEN, JR.     THOMAS E. PEREZ
United States Attorney          Assistant Attorney General
District of Columbia            Civil Rights Division

                              */s/ Brian F. Heffernan*

                              _____
                              T. CHRISTIAN HERREN, JR.
                              BRIAN F. HEFFERNAN (lead counsel)
                              Voting Section
                              Civil Rights Division
                              U.S. Department of Justice
                              950 Pennsylvania Avenue, N.W.
                              Washington, D.C. 20530
                              Telephone:	(202) 514-4755
                              Facsimile:	(202) 307-3961

CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2010, I served a true and correct copy of the foregoing via the Court's ECF filing system on the following counsel of record:

Anne W. Lewis
Frank B. Strickland
Bryan P. Tyson
Strickland, Brockington, Lewis LLP
Midtown Proscenium Suite 2200
1170 Peachtree Street NE
Atlanta, GA 30309
Phone: (678) 347-2200
*Counsel for Plaintiff*

Kristen Clarke
NAACP Legal Defense and Educational Fund, Inc.
1444 Eye Street, N.W., 10th Floor
Washington, D.C. 20005
Phone: (202) 682-1300
*Counsel for Movant-intervenors Concerned Black Clergy, et al.*

Michael D. Nolan
Milbank, Tweed, Hadley & McCloy LLP
1850 K Street, N.W.
Suite 1200
Washington, D.C. 20006
Phone: (202) 835-7500
*Counsel for Intervenors Marvin Lim, et al.*

Jon M. Greenbaum
Lawyers' Committee for Civil Rights under Law
1401 New York Avenue, NW, Suite 400
Washington, DC 20005
Phone: (202) 662-8325
*Counsel for Intervenors Tyrone Brooks, et al.*

Nina Perales
Mexican American Legal Defense and Educational Fund
110 Broadway, Suite 300
San Antonio, TX
Phone: (210) 224-5476
*Counsel for Intervenors GALEO, et al.*

　　　　　　　　　　　　　　　　　*/s/ Brian F. Heffernan*
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Brian F. Heffernan
　　　　　　　　　　　　　　　　　Voting Section
　　　　　　　　　　　　　　　　　Civil Rights Division
　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　950 Pennsylvania Avenue, N.W.
　　　　　　　　　　　　　　　　　Washington, D, C, 20530
　　　　　　　　　　　　　　　　　Phone: (202) 514-4755