IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF GEORGIA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ERIC H. HOLDER, JR. in his official capacity as ATTORNEY GENERAL OF THE UNITED STATES, | ) ) ) |
| | ) |
| Defendant, | ) |
| | ) |
| TYRONE BROOKS, et al., | ) |
| | ) Civil No. 1:10-cv-1062 |
| Defendant-Intervenors, | ) |
| | ) Three-Judge Court |
| MARVIN LIM, et al., | ) (ESH, HHK, TBG) |
| | ) |
| Defendant-Intervenors, | ) |
| | ) |
| CONCERNED BLACK CLERGY OF METROPOLITAN ATLANTA, et al., | ) ) |
| | ) |
| Defendant-Intervenors, | ) |
| | ) |
| GEORGIA ASSOCIATION OF LATINO ELECTED OFFICIALS, et al., | ) ) |
| | ) |
| Defendant-Intervenors. | ) |
| | ) |

## **JOINT MOTION TO DISMISS**

COME NOW Plaintiff the State of Georgia ("State") and Defendant Eric H.

Holder, Jr., in his official capacity as the Attorney General of the United States

("Department"), in the above-styled case, and, pursuant to Fed. R. Civ. P. 41(a)(2), hereby jointly move this Court for voluntary dismissal of the above-styled action.

As discussed in the attached brief, Count I of this declaratory judgment action is moot in light of the Department's administrative preclearance of the Verification Process submitted by the State and should therefore be dismissed. As Count II was an alternative claim for which relief was sought only in the event that the Court denied declaratory judgment, it also should be dismissed.

Respectfully submitted this 20th day of August, 2010.

/s/ Anne W. Lewis
Anne W. Lewis
Georgia Bar No. 737490
*Special Attorney General for the State of Georgia*
Frank B. Strickland
Georgia Bar No. 687600
*Deputy Special Attorney General for the State of Georgia*
Bryan P. Tyson
Georgia Bar No. 515411
*Deputy Special Attorney General for the State of Georgia*
STRICKLAND BROCKINGTON
    LEWIS LLP

Midtown Proscenium Suite 2200
1170 Peachtree Street, NE
Atlanta, Georgia  30309
Telephone: 678.347.2200
Facsimile:  678.347.2210

*Special Attorneys General for the
State of Georgia*

|  |  |
|---|---|
|  | Respectfully submitted, |
| RONALD C. MACHEN, JR.<br>United States Attorney<br>District of Columbia | THOMAS E. PEREZ<br>Assistant Attorney General<br>Civil Rights Division |
|  | /s/ Brian F. Heffernan<br>T. CHRISTIAN HERREN, JR.<br>BRIAN F. HEFFERNAN<br>Attorneys<br>Voting Section<br>Civil Rights Division<br>United States Department of Justice<br>Room 7254 - NWB<br>950 Pennsylvania Ave., N.W.<br>Washington, DC 20530<br>Phone: (800) 253-3931<br>Fax: (202) 307-3961 |
|  | *Counsel for Defendant Eric H.<br>Holder, Jr., Attorney General of the<br>United States* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF GEORGIA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ERIC H. HOLDER, JR. in his official capacity as ATTORNEY GENERAL OF THE UNITED STATES, | ) ) ) |
| | ) |
| Defendant, | ) |
| | ) |
| TYRONE BROOKS, et al., | ) |
| | ) Civil No. 1:10-cv-1062 |
| Defendant-Intervenors, | ) |
| | ) Three-Judge Court |
| MARVIN LIM, et al., | ) (ESH, HHK, TBG) |
| | ) |
| Defendant-Intervenors, | ) |
| | ) |
| CONCERNED BLACK CLERGY OF METROPOLITAN ATLANTA, et al., | ) ) |
| | ) |
| Defendant-Intervenors, | ) |
| | ) |
| GEORGIA ASSOCIATION OF LATINO ELECTED OFFICIALS, et al., | ) ) |
| | ) |
| Defendant-Intervenors. | ) |
| | ) |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this day served the within and foregoing **JOINT MOTION TO DISMISS** with the Clerk of Court using the CM/ECF

4

system, which will send notification of such filing to all parties to this matter via electronic notification.

    This 20th day of August, 2010.

                                        /s/ Anne W. Lewis
                                        Anne W. Lewis
                                        Georgia Bar No. 737490