**U.S. Department of Justice**

Civil Rights Division

---

TCH:RSB:JP:maf
DJ 166-012-3
2010-3259

*Voting Section - NWB*
*950 Pennsylvania Avenue, NW*
*Washington, DC 20530*

August 18, 2010

Anne W. Lewis, Esq.
Strickland Brockington Lewis
1170 Peachtree Street, NE, Suite 2200
Atlanta, Georgia 30309-7200

Dear Ms. Lewis:

This refers to the 2010 voter registration verification program for the State of Georgia, submitted to the Attorney General pursuant to Section 5 of the Voting Rights Act of 1965, 42 U.S.C. 1973c. We received your submission on August 17, 2010.

The Attorney General does not interpose any objection to the specified change. However, we note that Section 5 expressly provides that the failure of the Attorney General to object does not bar subsequent litigation to enjoin the enforcement of the change. Procedures for the Administration of Section 5 of the Voting Rights Act of 1965, 28 C.F.R. 51.41.

Sincerely,

T. Christian Herren, Jr.
Chief, Voting Section