**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE STATE OF GEORGIA<br><br>*Plaintiff,*<br><br>v.<br><br>ERIC H. HOLDER, JR., in his official capacity as Attorney General of the United States<br><br>*Defendant,*<br><br>CONCERNED BLACK CLERGY OF METROPOLITAN ATLANTA, *et al.,*<br><br>*Defendant-Intervenors.* | Civil Action No. 1:10-CV-01062<br>(ESH, HHK, TBG) |

## RESPONSE TO THE JOINT MOTION TO DISMISS FILED BY PLAINTIFF STATE OF GEORGIA AND DEFENDANT ERIC HOLDER BY DEFENDANT-INTERVENORS CONCERNED BLACK CLERGY OF METROPOLITAN ATLANTA,ET AL.

Defendant-Intervenors Concerned Black Clergy of Metropolitan Atlanta, the Southern Regional Office of the Rainbow PUSH Coalition, Michael B. Wright, Sr., and Janice Mathis ("Defendant-Intervenors") hereby respond to the Joint Motion to Dismiss filed by Plaintiff State of Georgia and Defendant Eric Holder ("Joint Motion to Dismiss").  *See* Dkt. No. 46.

This action was filed by Plaintiff on June 21, 2010, pursuant to Section 5 of the Voting Rights Act, 42 U.S.C. § 1973c ("Section 5"), and 28 U.S.C. § 2201.  On August 20, 2010, Plaintiff, joined by Defendant, moved for voluntarily dismissal of this matter under Fed. R. Civ. P. 41(a)(2), because the voter verification procedures – including the use of a database maintained by the Georgia Department of Driver Services ("DDS") to verify voter registration information – described in Plaintiff's First Amended Complaint were administratively precleared by the Attorney General on

August 18, 2010.

In light of the Attorney General's sudden administrative preclearance of the voting change at issue in this action, *See* Dkt. No. 47, Defendant-Intervenors have no legal basis on which to oppose the Joint Motion to Dismiss and do not do so.

September 7, 2010

        Respectfully submitted,

        /s/ Kristen Clarke
        John Payton
          Director-Counsel
        Debo P. Adegbile
          Associate Director-Counsel
        Ryan P. Haygood
        Dale E. Ho
        NAACP Legal Defense and
          Educational Fund, Inc.
        99 Hudson Street, Suite 1600
        New York, New York 10013
        (212) 219-1900

        Kristen Clarke  (D.C. Bar. No. 973885)
        NAACP Legal Defense and
          Educational Fund, Inc.
        1444 Eye Street, N.W., 10th Floor
        Washington, D.C. 20005
        (202) 682-1300

        *Attorneys for Defendant-Intervenors*

## **CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed and served the foregoing document by using the Court's CM/ECF system on September 7, 2010.  Participants in the case who are not registered CM/ECF users will be served by First-Class Mail.

September 7, 2010

                                      s/ Kristen Clarke
                                      Kristen Clarke (D.C. Bar No. 973885)
                                      NAACP Legal Defense and
                                         Educational Fund, Inc.
                                      1444 Eye Street, N.W., 10th Floor
                                      Washington, D.C. 20005
                                      (202) 682-1300
                                      kclarke@naacpldf.org

                                      *Attorney for Defendant-Intervenors*